

|  |  |
|---|---|
| (202) 466-3234 | 1310 L Street NW |
| (202) 466-3353 (fax) | Suite 200 |
| www.au.org | Washington, DC 20005 |

February 27, 2017

Molly C. Dwyer, Clerk
James R. Browning Courthouse
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: *Kennedy v. Bremerton School District*, No. 16-35801

Dear Ms. Dwyer:

    On Friday, February 24, *amici* religious and civil-liberties organizations filed their motion (ECF No. 46) requesting divided argument. At the time of filing, Appellee had consented to the motion, but *amici* had not yet heard whether Appellant consented. Over the weekend, counsel for Appellant informed us that Appellant also consents to the motion. The motion is thus unopposed.

    Thank you for your time and attention. Please do not hesitate to contact me if you have any questions.

                                        Very truly yours,

                                        Richard B. Katskee
                                      *Counsel for* Amici Curiae