FILED

APR 05 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>      Defendant-Appellee. | No. 16-35801<br><br>D.C. No. 3:16-cv-05694-RBL<br>Western District of Washington, Tacoma<br><br>ORDER |

The motion for leave to participate in oral argument (Docket Entry No. 46) is granted. As agreed by appellee, Amici Curiae "Religious and Civil-Liberties Organizations" shall be allocated a portion of the 20 minutes of oral argument time allotted to appellee. The court directs counsel for appellee and counsel for the Religious and Civil-Liberties Organizations to confer for the purpose of allocating appellee's argument time between them.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Felicity Grisham
Deputy Clerk
Ninth Circuit Rule 27-7

FG/MOATT